**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>THOMAS LAMB,<br><br>               Defendant. | Case Nos.:  2:12-cr-00084-APG-GWF<br>              2:12-cr-00004-APG-GWF<br><br>**ORDER** |

     Defendant Thomas Lamb having been sentenced on October 29, 2015, **IT IS HEREBY ORDERED** that attorney Karen Winkler, Esq. is relieved of her responsibilities to serve as lead defense attorney for purposes of coordinating discovery in the above-entitled cases.

     DATED this 29th day of December, 2015.

                                                    _____<br>
                                                    GEORGE FOLEY, JR.<br>
                                                    United States Magistrate Judge